MAX E. WINN, Plaintiff-Appellant, *v.* THE CIVIL SERVICE COMMISSION *et al.,* Defendants-Appellees.

(No. 72-97; ▮▮▮▮▮▮▮▮

Fifth District—November 15, 1973.

*Rehearing denied January 8, 1974.*

Opinion by Mr. JUSTICE CREBS.

Harris and Lambert, of Marion, for appellant.

William J. Scott, Attorney General, of Chicago (Jerrald B. Abrams, Assistant Attorney General, of counsel), for appellees.